IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD D. SMITH and MICHELLE JONES,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITI MORTGAGE, PENDERGAST & ASSOCIATES, P.C., and McCALLA RAYMER LLC, and VRM (Vendor Resource Management),<br><br>      Defendants. | Civil Action File No.<br>1:13-cv-02537-WSD |

**CITIMORTGAGE, INC.'S OPPOSITION TO
MOTION FOR DEFAULT JUDGMENT**

COMES NOW Defendant CitiMortgage, Inc. ("CMI") and respectfully submits its Opposition to the Plaintiffs' Motion for Default Judgment [Doc # 6] as follows:

1.    The Motion for Default Judgment should be denied because CMI is not, and has never been, in default. The day before this case was removed to this Court, on July 31, 2013, Plaintiffs filed their Motion for Default Judgment in Georgia state court.

2.    In their Motion for Default Judgment, Plaintiffs apparently contend they perfected service on CMI through a "Charity Carcia, Attorney" on either July

1

2110974 v1

2, 2013 or July 9, 2013 (DE 1, Notice of Removal, ¶ 9 and n. 5).  However, despite a diligent search by the undersigned, CMI has been unable to locate an attorney licensed in the State of Georgia by that name.  Furthermore, Plaintiffs have pointed to no evidence supporting a finding that "Charity Carcia, Attorney" was a duly appointed agent to accept service of process on behalf of CMI.

3. Even assuming that the person Plaintiffs served was a properly designated agent of CMI for service (which she was not), Plaintiffs mistakenly rely on the Federal Rules of Civil Procedure in support of their Motion for Default Judgment, arguing that CMI was allowed only twenty (20) days to respond to the Complaint.  (Motion, ¶¶ 1-2).  In Georgia state court, though, a defendant is allowed thirty (30) days to respond to an initial pleading, not twenty (20).  *See* O.C.G.A. § 9-11-12(a) (providing defendants thirty (30) days to respond to a Complaint after service of process).

4. Because CMI was allegedly served on July 2, 2013 or July 9, 2013, as the Motion alleges, it would have had until August 1, 2013 or August 8, 2013 to respond to the Complaint before defaulting in state court.  (*See* Motion, ¶¶ 1-2).

5. After removing this case to this Court on July 31, 2013, CMI timely sought and has been provided an extension of time to respond to the Complaint up to and including August 23, 2013.

6. Accordingly, CMI is not, and has never been, in default.

WHEREFORE, for the reasons set forth herein, CMI respectfully requests that this Honorable Court deny the Motion for Default Judgment.

Respectfully submitted this 13th day of August, 2013.

        s/ John Michael Kearns
        John Michael Kearns (GA Bar No. 142438)
        BURR & FORMAN LLP
        171 Seventeenth Street, N.W., Suite 1100
        Atlanta, Georgia 30363
        Telephone: (404) 815-3000
        Facsimile: (404) 817-3244

        ATTORNEYS FOR DEFENDANT
        CITIMORTGAGE, INC.

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing **CITIMORTGAGE, INC.'S OPPOSITION TO MOTION FOR DEFAULT JUDGMENT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

/s/ John Michael Kearns
John Michael Kearns
Georgia Bar No. 142438
jkearns@burr.com

4

2110974 v1

## CERTIFICATE OF SERVICE

I hereby certify that I filed with the Court's CM/ECF system the foregoing **CITIMORTGAGE, INC.'S OPPOSITION TO MOTION FOR DEFAULT JUDGMENT** on this the 13th day of August, 2013, and I further certify that I placed a copy of same in the U.S. Mail, postage prepaid to:

>Reginald D. Smith
>5180 Hidden Meadow Court
>Stone Mountain, Georgia 30088
>
>Greg S. Krivo
>McCalla Raymer, LLC
>Six Concourse Parkway, Suite 2800
>Atlanta, Georgia 30328
>
>Louis G. Fiorilla
>Pendergast & Associates, P.C.
>South Terraces, Suite 1000
>115 Perimeter Center Place
>Atlanta, Georgia 30346

>/s/ John Michael Kearns
>John Michael Kearns
>Georgia Bar No. 142438
>jkearns@burr.com

2110974 v1